# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2752

_____

Byron C. Dale,                                    *
                                                  *
            Plaintiff,                            *
                                                  *
Gregory K. Soderberg,                             *
                                                  *   Appeal from the United States
            Appellant,                            *   District Court for the
                                                  *   District of Minnesota.
      v.                                          *
                                                  *      [UNPUBLISHED]
Federal Reserve Bank of Minneapolis,              *
                                                  *
            Appellee.                             *

_____

Submitted: November 6, 2000
      Filed: November 9, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Gregory Soderberg appeals from the district court's[1] dismissal of his complaint seeking redemption of Federal Reserve notes. Having carefully reviewed the record, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of The Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.